14 DEC 14

79,585-02

TO: THE TEXAS SUPREME COURT CLERK
ABEL ACOSTA

From: STEPHANIE BEKERMAN #1620396
(HOBBY UNIT)

Re: WRIT TO MAKE UNLAWFUL IMPRISONMENT
PROFESSIONAL MISCONDUCT AND
NEGLIGENCE CLAIMS OFFICIAL
HABEAS CORPUS DEADLINE DATE DUE
FEBRUARY 19, 2015
NO. WR-79,585-02  PPR 452-13
CAUSE NO. 50166-A-02
30th DISTRICT COURT WICHITA COUNTY

GREETINGS Mr. ACOSTA ♥

PLEASE DATE-TIME STAMP RECEIVED
AND FILE TO BRING TO THE ATTENTION OF
THIS COURT., PETITIONERS REPORT
THANK YOU!

HAPPY HOLIDAYS,
Stephanie BeKerman

# IN THE TEXAS SUPREME COURT OF CRIMINAL APPEALS

STEPHANIE DEKERLEGAN, PETITIONER

NO. WR-79,585-02
PDR 452-13

## AFFIDAVIT

NOW, CASE NO. 49,196-6-(2002) ON FILE 84th D.C.W.C. TEXAS - DISMISSED NON-PREJUDICE. MERITS INCLUDE: GEORGE W. BUSH, PRESIDENT JOHN CORNYN, U.S. ATTY. GEN GREG ABBOTT, TX. ATTY. GEN CRAIG ESTES (R) JOHN WHITMIRE (D)

I AM PRIVILEDGED AND HONORED TO BE AT SERVICE. SINCE THE STATE ATTORNEYS IMMUNITY WAS ABOLISHED IN SESSION (2012-2013), I AM THE THIRD HIGH PROFILE CASE IN TEXAS TAKING A STAND AGAINST DOMESTIC TERRORISM AND PRICE TAGS ON JUSTICE. CAUSED HONORABLE JUDGE ROY SPARKMAN TO RESIGN FROM HIS BENCH FOR FALSE PUBLISHED ALLEGATIONS (SB 1289) SAME TIMES RECORD NEWSPAPER, W.F. TX. FROM BEING UNLAWFULLY IMPRISONED PENDING WRONGFULLY CONCEALED EXCULPATORY EVIDENCE PROSECUTORS HAD IN HAND DURING TRIAL.

(1-5)

STRICTER LAWS SHOULD BE ENFORCED ON ALL BOARDERS IN/OUT OF TEXAS, FOR COMPLIANCE TO UPGRADE BALLISTICS IN OUR LOCAL CRIME LABS, AS WELL AS LIMITING POWER BONDING COMPANIES HAVE TOWARDS FORCED ARRESTS, BEFORE THIS WAR ON DRUGS PUTS PEACE BACK INTO OUR JUSTICE SYSTEM.

I AM BUT ONE ON THEIR GROWING LIST, ETHNICALLY DISCRIMINATED UPON BEING INAPPROPRIATELY CONDEMNED FOR SELFISH GAIN. MOST ALL ARE FATHERLESS, WIDOWS, ABUSED AND ABANDONED CHILDREN FOR CONTROL OVER MONEY AND ESTATES. (In re. PERRY J. MOORE ESTATE, ON FILE PREC. 1, PLACE 2 JUSTICE COURT. WICHITA CO.) BEING ONLY WREAKS HAVOK ON OUR ECONOMY, AND EFFECTS OUR FAMILY HERITAGES. WE ARE THE PEOPLE, ONES BEING SILENCED OR MADE TO APPEAR AS IF WE ARE THE CRIMINAL MINDED. IS PROFESSIONAL MISCONDUCT AND MEDICAL MALPRACTICE/NEGLECT. I AM CALLED OUT AND SET APART AS AN ELECT TO HELP MEND THESE BREACHES, NOT CONTRIBUTE TO THEIR ILL MALICIOUS CONTEMPTS.

HAVING BEEN RAISED SPOILED THROUGH PHILOSOPHY AND TAUGHT VAIN DECEIT AFTER THE TRADITIONS AND RUDIMENTS OF THE WORLD, NOT OF CHRIST. TRANSFORMED BY THE GIFT OF FAITH TO UNDERSTAND. I DO ADVOCATE WORK.

(2-5)

FOR THE ABUSED AND ABANDONED CHILDREN; HAVING SERVED I AM CLEANSED AND FORGIVEN.

DISCOVERIES CONFIRMED (2012) MOTION (2013) AND HOW I WAS DETAIL DEFRAUDED. AWAITING ANY JUDGES ORDER TDCJ NEEDS TO RELEASE ME FROM THIS CAPTIVITY, I'M HELD IN WITHOUT MY CONSENT. TDCJ IS UNABLE TO PROVIDE FOR ALL SPECIALTY DOCTORS I NEED TO SAVE MY LIFE FROM A (R) LEG INJURY (2002) HAPPENED AFTER UTMB GAVE ME A RADICAL HYSTERECTOMY (1997) NO LEGAL JUSTIFICATION FOR HARVEST AND EXPERIMENTAL CLONING OF MY EGGS SLOW TO DATE; AND COSMETIC SURGERIES TO REPAIR MY STOMACH AND FACE FROM ACCUMULATED DAMAGED OCCURED (2003 - 2009).

DUE TO UTMB HIGH MISTAKE RATES AT GALVESTON PLAINTIFF FEARS ALLOWING THOSE DOCTORS REPORTED TO THE TEXAS MEDICAL BOARD (SMITH, WEST, PARKER AND MERCER) TO TAKE HER UNDER ANESTHESIA BY SURGERIES.

DUE TO SECURITY MEASURES: RETALIATIONS FROM LAW OFFICERS PLAINTIFF REPORTED TO TEXAS STATE BAR AND (CPS)(APS) WITH THAT LOCAL JURISDICTION FOR ALL LISTED IN DISPOSITIONS CAUGHT IN THEIR OWN GUILT: A FILE AT 30th D.C.W.C. NO 755-A/50166-A.

(3-5)

# PRAYER

(1) I NEED INSURANCE FOR SAFETY AND PROTECTION TO REMAIN FREE FROM ANYMORE TYRANNY OPPRESSIONS TO VICTORY AND SUCCESS.

(2) HOW MUCH LONGER AM I FORCED TO WAIT? FOR RELEASE: TEXAS SUPREME COURT: WARRANT NEEDED TO DRAW BLOOD IN DWI CASE(S)

(3) UPON OFFICIAL 60 DAY DUE DATE OF WRIT OF HABEAS CORPUS 11.07 (ON FILE AT CCA-WR-79,585-02)(FEB 17, 2015) PLEASE EXPEDITE FAX OVERNIGHT EXPRESS ORDERS FOR RELEASE SPEEDILY TO TDCJ-CID RECORDS, HUNTSVILLE.

(4) PLEASE GRANT ALL RELIEF PETITIONER REQUESTS AT STATES LEVEL AS OUTLINED IN GRIEVANCE DTD #2014095136 - EQ. TOLLING $20M = 8.25% TAXING + ~ TO CONSOLIDATE, et al. FOR CLOSURE. (ON FILE AT USDC-WACO, NO. 6:14-CV-078 AND W.C.C. #1 NO. CCL-113-14-E).

(5) PLAINTIFF/PETITIONER MOVES COURT TO PRODUCE DATE/CAUSE OF DEATH ON BOTH DONALD LEE DWYER, Jr - APRIL 18, 2013 ROBERT "BOBBY" GREEN - FEB 24, 2014

(4-5)

TO CONFIRM ACTUAL DEATHS OR DOA SUSPECTS. OR PETITIONER / PLAINTIFF MOVES THIS COURT FOR CHARGES AND ISSUANCE OF ORDERS FOR WHITE WARRANTS TO BE SERVED FOR IMMEDIATE APPREHENSION OF SUSPECTS AT LARGE ARE DANGEROUSLY PERVERTED, FILED UNDER GRAND LARCENY WITH AN ALL POINTS BULLETIN FOR SEARCH AND SEIZURE NATION WIDE BY ALL U.S. MARSHALLS DIVISION (ATA) LAWS.

(6) COURT ORDERS FOR APPOINTMENT OF COUNSEL FOR PLAINTIFF / PETITIONER TO COMMENCE [AT ONCE] TO MITIGATE RECEIPTS ON ALL SETTLEMENT CLAIMS SHE DEMANDS ORDERS FOR. SHE GETS NO RESPONSE TO ANY QUESTIONS — TRIAL COURT EVADES MOTIONS FOR RESPONSE IN LETTERS OR MOTIONS; REQUESTING SPECIFIC DETAILS AND APPOINTMENT OF COUNSEL TO UPHOLD HER RIGHTS IN ALL CIVIL AND CRIMINAL RELATED MATTERS INVOLVED.

MAY GODS MERCY AND PEACE REST GRACIOUSLY UPON THOSE IN SERVICE TOWARDS HIM. PLEASE BLESS ME AND LET ME GO.

DATED: DEC 14, 2014          RESPECTFULLY

CLERK OF COURT      (5-5)      Stephanie Jihadan

# IN THE TEXAS SUPREME COURT OF CRIMINAL APPEALS

STEPHANIE DEKERLAN,
PLAINTIFF

NO. WR-79,585-02
PDR 452-13

## MOTION FOR LEAVE TO COMPEL DISCOVERY

GREETINGS, YOUR MOST GRACIOUS JUDGES:

PETITIONER REQUESTS ORDERS TO GRANT DISCOVERIES (EXHIBIT 4, VIOLATING U.S.C.A. § 4 - UNLAWFUL SEARCH AND SEIZURE) OF BLOOD DRAW AT: UNITED REGIONAL HOSPITAL BY OFFICER: PAUL HARPER OF THE SAME CITY OF WICHITA FALLS POLICE DEPARTMENT IN WICHITA FALLS TEXAS. SHOWS NO JUSTIFICATION FOR CHARGES 49198-A INDICTED (MARCH 15, 2009) WENT FOR REINDICTMENT TO GREATER INTOXICATION ENHANCEMENT 50166-A (SEPT 1ST, 2010). EXTRACTED DATE-TIME ACCIDENT OCCURED (FEBRUARY 28, 2008) PER NURSE: BUSSEY.

DATED: DEC 14 2014          Stephanie Dekerlan

CLERK OF COURT          X _____
            (1-1)          JUDGES HAND/SEAL OF COURT

IN THE TEXAS SUPREME COURT OF
CRIMINAL APPEALS

STEPHANIE LYNN DEKELDAM           §
             PETITIONER            §        NO. WR-79,585-02
TX DL # 12358725                  §        PPR 452-13

MOTION TO SUPPLEMENT
REINSTATEMENT / CHANGE ORDER
OF TEXAS DRIVER'S LICENSE
AND WAIVER OF SURCHARGE
FOR REENTRY-CONFIDENTIALITY

DEAR SIR(S):

PETITIONER MOVES COURT TO SUMMONS A
SUPOENA TO WARRANT (MSB) TEXAS
DEPARTMENT OF PUBLIC SAFETY FOR
(a) REINSTATEMENT OF DRIVERS LICENCE
    AS SOON AS UNLAWFUL IMPRISONMENT
    IS MADE OFFICIAL BY (CCA) WR-79,585-02
    DUE (FEB 1st, 2015).
(b) WAIVER OF ANY SURCHARGE PROCESSING
    FEES TO CHANGE DRIVERS LICENCE AND
    STATE IDENTIFYING NUMBERS
(c) INTERNET ACCESS CONFIDENTIALITY FOR
    REENTRY OR ADDRESS AND CONTACT INFO.
DATED: 14 DEC 14                    Stephen Dekeldam
CLERK OF COURT        (1-1)

DEALTH DRUGS/MONEY: DISCRIMINATION
TERRITORIAL

# Vhat biased policing is

Black anger that Ferguson police officer Darren Wilson was not charged for killing Michael Brown stems partly from the fact that blacks in America often face much worse treatment from cops than whites do. Only rarely do whites get an unpleasant taste of what minorities swallow.

A few years ago, when my middle child was in college, he had a summer job in New Mexico. Returning home to Illinois, he drove into Oklahoma, where he was pulled over by a highway patrolman.

He said my son was going 57 mph in a 55 zone, asked him to get into his cruiser and questioned him about where he was coming from and where he was going. Then the trooper said he'd like to search the car.

My son was reluctant, but eventually decided he had no choice but to agree. The officer thoroughly inspected the vehicle, which he damaged in the process, and found nothing.

With that, young Chapman was allowed to go — without a speeding ticket. But 20 minutes later, another trooper followed him for several miles and pulled him over for an "improper lane change."

My son recounted his previous encounter to the officer, who made a call to confirm it and then explained why he was worthy of so much law enforcement attention: He was a young adult male in a car with an out-of-state license plate and a college decal, driving solo on a major drug trafficking route (an interstate highway) — as if those factors proved anything.

What the trooper didn't mention is that from a distance, because of his dark hair and complexion, my son might be taken for Hispanic. In any event, he let him leave — again, with no citation.

If you want to know why many black residents of Ferguson, Mo., distrusted cops even before Brown's shooting, you can assume that practices like this play a role. In 2013, 86 percent of all the traffic stops there involved African-Americans, and they were twice as likely to be subjected to vehicle searches as whites who were stopped.

The Ferguson police search blacks more often even though they are far less likely to be found with contraband than whites. These disparities are typical of vehicle "consent searches" in other jurisdictions.

The searches are known by that term because they may not be conducted without the agreement of the motorist.

(If the cop has "probable cause" that he'll find evidence of a crime, he can search without asking.) But it's a joke. Few drivers are willing to say no.

Why would anyone — particularly someone with illegal cargo — cheerfully agree to have his car ransacked? Because he figures it would be worse to antagonize an armed cop, who might ticket him, arrest him, plant incriminating evidence or even shoot him. In Illinois, about 90 percent of search requests are granted.

Some states and cities have recognized that these requests are inherently coercive and unfairly target minorities. So they have restricted such searches, requiring "reasonable suspicion" of a crime and written consent from the driver. But those limits may be a false comfort.

The Illinois State Police says its officers request permission only when they have reasonable suspicion. But Harvey Grossman, legal director of the American Civil Liberties Union of Illinois, says what the term encompasses is so elastic that "it's no impediment at all."

It's also a lousy guide. Consent searches in Illinois yield contraband in 18 percent of searches. In Missouri, the hit rate is just 24 percent.

A lot of innocent people are delayed, inconvenienced and even humiliated because a cop had some flimsy and mistaken basis — or because the officer's racial biases, conscious or unconscious, set off false alarms. What looks to cops like aggressive law enforcement often looks to victims like harassment and vandalism.

Police are not very good at overcoming those prejudices even when they're revealed. Illinois has been collecting and publishing racial data on traffic stops and searches since 2004, and disparities persist.

It's clear that the only way to protect motorists from being pressured into unwanted, racially skewed searches is to forbid the misnamed consent searches entirely. If cops have clear grounds to think a crime has been committed, they can search anyway. If they don't, they should mind their own business.

Why do so many blacks and Hispanics see the cops as enemies? Because in situations like these, that's how they come across. Even if you're white.



THUMBS UP to the Pilot Club for the annual Community Tree.

>> This represents the opinion of the Odessa American, but we welcome ideas for comments on current topics. Just email oaletters@oaoa.com.

CORROSIVE                    LAW AUTHORITY

PUBLISHED MARCH 2012   WR-79,585.02   TEXAS MONTHLY
DEFENDANT #1690396                              (CCA) 452-13

## JUSTICE FOR ALL

By: CHARLES T. TERRELL - CO-CHAIR FOR TDCJ

THE ABUSE AND LACK OF FAIRNESS BY PROSECUTORS
IS GOING ON IN MANY LOCATIONS THROUGHOUT
TEXAS U.S.A... I WANT ALL GUILTY PARTIES TO
PAY FOR CRIMES, BUT PUTTING INNOCENT PEOPLE
IN PRISON BY PUBLISHING FALSE INNUENDOS BEFORE
TRIAL BASED ON PRIOR CHARGES OVER 10-YR STATUTES
AND CORROSION IN RULES AND LAWS IS A REPROACH
TO LEGISLATURE AMMENDMENTS AND IS CRIMINAL.
THIS STATE PASSED EMERGENCY LEGISLATION (2013)
THAT PROVIDES FOR PROSECUTION OF DISTRICT ATTORNEYS
AND THEIR AIDES WHO HIDE EXCULPATORY EVIDENCE
AND SEND INNOCENT PEOPLE TO PRISON / DEATH.
THERE IS NO GREATER SIN TO YOUR FELLOW MEN.
WE MUST STOP THIS ATROCITY. THE STATE OF TEXAS
NOW PROVIDES FOR THE CRIMINALIZATION OF
THE APPROPRIATE AND ILLEGAL ACTIVITIES OF
PROSECUTORS, SO THIS PROBLEM WILL NOT PERSIST.
(HB 1847) FOR PROSECUTORIAL MISCONDUCT
(SB 344) 11.07 Allowed: NEGATE THIS CONVICTION
(SB 825) DISCIPLINARY MEASURES: OFFL MISCONDUCT

(1-4)

(SB 1292) DNA PROTECTION FOR DUE PROCESS

(SB 105) EXPLICATION TO NON-DISCLOSURE SEALES

(SB 1389) PROHIBITS PUBLICATION BEFORE TRIAL

(SB 213) RELEASE GRANTED NOW


## EXAMPLE

- USE FERGUSON, MISSOURI AS THE EXAMPLE -

"NO PEACE : NO JUSTICE" (I COR 13)

NO MISCHEIF : NO VIOLENCE (GEN 6:5, 11)

NO SLANDER : SERVE (TITUS 3:9)

★ THE GANGSTERS ARE IN CONTROL OUR CITY POLICE ★

* RETALIATION : OBSTRUCTION (USCA §4(a)) of
Art. 38.41.4, Op. Tex Atty Gen. No. GA-0866 (2011)
Tex. Crim. Proc. Code Ann. art. 38.01 *

TX Govt Code Ann § 498.0045

⟨FORGIVE ~ LOVE⟩ (Song of Solo 2:4)


THE U.S. PATRIOT ACT ~

FOREIGN INTELLIGENCE SURVEILLANCE COURT
OF REVIEW, CHIEF JUSTICE WILLIAM REHNQUIST

(SB 436) DOMESTIC TERRORISM SURVEILLANCE
OVER SIGHT ACT 2003

"WE CANNOT FIGHT TERRORISM EFFECTIVELY OR
SAFELY WITH THE LIGHTS TURNED OUT AND WITH
LITTLE OR NO ACCOUNTABILITY. IT IS TIME
TO HARNESS THE POWER OF THE SENATE TO
ENABLE US TO DETER WITH THIS FIGHT."

(2-4)

(★) PUBLISH UPDATED LAWS PASSED IN SESSIONS YEARLY AND PUBLISH WHERE OUR CITY BUDGETS ARE GOING SO SOCIETY WILL KNOW WHAT AND WHERE TO WATCH SPENDING - AND WHEN TERROR STRIKES, IT WILL NOT POSE SUCH A PANICK IN WAKE OF A STRIKE (★) WE ARE THE PEOPLE, ITS OUR LAWS, ITS OUR MONEY. ANYTHING LESS IS DIVINATION: CAUSES IN TRAFFICKING: CHILDREN (★)

IN BRANZBURG V. HAYES, THE U.S. SUPREME COURT RULED "[JUSTICE WHITES]" DOES NOT HOLD ... THE STATE AND FEDERAL AUTHORITIES ARE FREE TO ANNEX THE NEWS MEDIA AS AN INVESTIGATIVE ARM OF THE GOVERNMENT. THE FACT THAT HE ADVOCATED THE USE OF THE BALANCING TEST, DURING TRIAL, OVERRULED BIAS ON ONE OUT OF 3 QUALIFYERS R 502, 503. EVEN IF THE CONTEXT OF THE GRAND JURY HAD BEEN MADE AWARE OF RE-INDICTMENT TO THAT GREATER INTOXICATION ENHANCEMENT 5066-A FROM DISMISSAL OF 49198-A; THE NARROW LANGUAGE MADE THE MAJORITY SUSPECT. (U.S.C.A. § 1, 4, 6, 8, 14) ...

(★) THE DANGER: FUTILITY: WARNING: FRACKING (IS 18:2) YOUR A BLESSING TO OTHERS FOR A BLESSING" ... (?) TO NOT THINK WE CANNOT PRODUCE ANY GOOD FRUITS ON OUR OWN — (JN 15:5)(IS 19:1)(IS 21:2,4)
(3-4)

# THE SUPERNATURAL APPROACH

FOR BLESSINGS: (EPHESIANS 1:3; 5, 13; 2:8-10)
$ EARLY BLESSINGS, LONG LIFE, WEALTH =
PROSPERITY ~ JOY ON EARTH, SPIRITUALLY, SOCIALLY,
PHYSICALLY; TRUE HAPPINESS AND
HEAVENLY THINGS ≈ HOPE IS NOT A WISH
VIRTUES ~ (II PETER 1:3-7); (I TIM 6:17-21)
&#8855; FALSE STATEMENTS & HERESAY v.16-17
AGENTS OF SATANS CHURCH (2:10-21)
PROMISES ~ (ACTS 1:4, 8) GODLINESS + LIFE
* PRAY-IN-WISDOM / INSIGHT / DISCERNMENT
{ WORKS FLESH: (GAL 5:17-21)
{ FRUIT - SPIRIT: (GAL 5:22-23) GROWS BY:
(EPH 3: 19-20; 6:10-18)

CHURCH: (I COR 12:8-11; 13:4; EPH 4)

DATED: DEC 14, 2014        Stephanie B. Kadam

IN ALL OUR WAYS WE, TOGETHER AS A WHOLE,
ACKNOWLEDGE HIM AND HE SHALL DIRECT
OUR PATHS. (PROV 3:6) &#9398; THE TRUTH TEST:
"WHOSE YOUR GOD ?" [IDOLATRY IS SIN] (COL 3:5)
ISIS: FALSE...        (4-4) (DEUT 35:26) (ZEPH 1:18)
                              (PSALM 68)

# PRAYER  Alleluiah

FATHER GOD, YOU SEE ALL MOTIVES AND INTENTS COMING FROM THE LOVE IN OUR HEARTS AND YOU HEAR ALL MANIFESTATIONS WHICH EFFECT OUR CHILDRENS CHILDREN AS WELL AS WHO IS SINCERE IN THEIR TEACHINGS AND WHO IS FULL OF DECEIT. LET NOT PURSUERS OF FILTHY LUCRE STAND IN THE WAY OF DOING WHAT IS RIGHT BY LAWS. FOR NONE OF US ARE INFALLABLE HUMAN BEINGS.

I WILL THOSE ADVERSARIES WHOM MADE THEMSELVES MINE ENEMIES, FOUND PLEASURE FROM ALL WELL WORKED HARD FOR TO ACHIEVE ALL OR THEIRS BE ALL ONES HELD ACCOUNTABLE. SO THEY CAN ALL GET THE HELPS THEY NEED TO COME BACK UNTO YOUR SAVING GRACE.

THANK YOU FOR YOUR RIGHTEOUS JUDGEMENTS HAVE FOUND ME NOT GUILTY FOR YOUR RECOMPENSE AND REWARDS TO ACQUITTAL, REVERSAL AND IMMEDIATE RELEASE FOR WHICH I AM RETURNED HOME, YOU KNOW NOONE WILL HAVE CHANGED BUT ME; BECAUSE YOU ARE THE ONE TRUE GOD WHO DELIVERS ME FROM YOUR WRATH.

MAY WE ALL KEEP AHOLD OF YOUR STRENGTH TO LIVE CLEAN AND HOLY. IN JESUS NAME AMEN.

(DEUT 4:1-14)
(EXOD 19)

HAPPY HOLIDAYS
JUDGE SHARON KELLER
Stephanie DeKonkam

DATED: DEC 14th, 2014

# CERTIFICATE OF SERVICE

I CERTIFY A COPY OF THE SAME WAS MAILED BY FIRST CLASS US POSTAGE TO THE FOLLOWING AGENCIES, AS PERSONAL AND IN LETTERS. PETITIONER MOVES THIS COURT TO INSTRUCT THE CLERK OF THIS COURT TO DISTRIBUTE AND MAIL COPIES AS ORIGINALS IN THE SAME AS DEEMED NECESSARY. DUE TO MY INDIGENT STATUS, I WAS UNABLE TO SEND COPIES OF THIS PRAYER TO ALL LISTED AS FOLLOWS:

U.S. DEPARTMENT OF JUSTICE
TO: PRESIDENT OBAMA ;(CLINTON AND BUSH)
1600 PENNSYLVANIA AVE
WASHINGTON D.C. 20001
C/O: BRENT M. PHIPPS, PARALEGAL
CIVIL DIVISIONS, TORTS BRANCH
STANDARD FORM 95- $25M BID

TEXAS GOVERNOR~ RICK PERRY
GREG ABBOTT
1100 SAN JACINTO
AUSTIN TEXAS 78701

I GIVE YOU ALL A BIG "THANK YOU" FOR ALL YOUR SUPPORT AND BELIEF IN ME WHICH HELP ME GROW INTO THE PERSON I AM TODAY.

ALL MY SENATORS ~ FOR YOUR LEADERSHIP-MITIGATIONS
ESPECIALLY (R) JOHN CORNYN, DEVISED ENCOURAGEMENT
517 HART SENATE OFFICE BUILDING
WASHINGTON DC 20510-4304
JOHN WHITMIRE (D), COPIES SENT OF AMENDED LAWS
GREG ESTES (R), MY LEGS AT TIMES I HAD MORE
RODNEY ELLIS (D), ROBERT DUNCAN (R) 440
THOMAS RATLIFF (LOBBYIST) ~ OUTSTANDING TEAMWORK-S
1400 CONGRESS AVE, STATE CAPITAL
AUSTIN TEXAS 78711-2068

WITHOUT THEIR OVERSIGHT IN TRANSPARENCIES, I
WOULD NOT BE ALIVE TO SEE OUR SUCCESS IN THIS.

TDCJ-CID OFFC OF OMBUDSMAN
CHARLES T. TERRELL, CO-CHAIR DIRECTOR(S)
HUNTSVILLE AND AUSTIN TEXAS

FOR SEEING IN ME MY WORTH OF IMMUNITY
BEFORE I COULD SEE MY OWN VALUES WITHIN.
AND HONORARY REFERRALS TO THE BOARD FOR
CLEMENCY PARDON FOR ACQUITTAL.

JUDGE O'CONNER, C/O STAFF ATTORNEY
501 W. 10th STREET
FT WORTH TEXAS 76102
* FOR MAKING ME REALIZE: WHOS WHO? WHOS NOT *

WESTERN DISTRICT OF TEXAS, WACO DIVISION
DISPOSITIONS TO FBI, WICHITA FALLS
800 FRANKLIN AV., ROOM 380
WACO TEXAS 76701
CLERK: WILLIAM G. PUTNICKI
MAGISTRATE: MANSKE / WALTER SMITH JR.

WICHITA COUNTY CLERKS
LORI BOHANNAN / MS. CHIEF DEPUTY TEPFER
900 7th STREET, ROOM 250
WICHITA FALLS TEXAS 76307-1679

TEXAS SUPREME COURT CLERKS
ABEL ACOSTA / Mr. CHIEF DEPUTY JOHN BROWN
JUDGE: SHARON KELLER

FOR PUTTING YOUR TRUST AND CONFIDENCE IN ME
STRENGTHENS MY CONFIDENCE IN PREVENTING JUSTICE
IN THE TRUTH PREVAILS OVER, et.al.

MY HEART GOES OUT TO YOU ALL WITH HOPE
AND PRAYERS IN THANKS AND GLORY TO GOD
FOR THE DIFFERENCE YOU ARE ALL MAKING NOT
ONLY IN MY LIFE, BUT OUR AMERICAN CULTURE.
KEEP UP THE GOOD WORKS Y'ALL • ♡☺☮↑$

EXECUTED THIS 19th DAY OF DECEMBER, 2014
                    Stephan Bekenlam